# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCOS ANGUIANO,<br><br>    Defendant. | Case No. 1:19-po-00291-SAB-1<br><br>ORDER DISMISSING PROBATION VIOLATION PETITION AND RECALLING WARRANTS<br><br>(ECF Nos. 18, 19, 20) |

On November 19, 2020, the Court held a probation review hearing, at which, no appearance by Defendant was made. (ECF No. 17.) The matter was referred to probation, and on November 24, 2020, an arrest warrant issued as to Defendant for failure to appear. (ECF No. 18.) On December 4, 2020, the Court issued an order finding Defendant violated the terms of his probation and the Court ordered a warrant to issue. (ECF No. 19.) On December 7, 2020, an arrest warrant issued. (ECF No. 20.) Upon review of the file in this matter, all outstanding financial obligations have been paid, there are no further violations of the terms of probation, and the Court shall dismiss the violation petition and recall the warrants.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The probation violation petition (ECF No. 19) is DISMISSED; and
2. The arrest warrants issued November 24, 2020, and December 7, 2020 (ECF Nos. 18, 20), are RECALLED.

IT IS SO ORDERED.

Dated: **June 20, 2023**

UNITED STATES MAGISTRATE JUDGE